United States District Court
Southern District of Texas

**ENTERED**

April 01, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ALEJANDRO MARTINEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00520** |
| | § | |
| **MARKWAYNE MULLIN,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On March 27, 2026, Alejandro Martinez ("Petitioner") filed a Complaint for Writ of Mandamus and for Relief under the Administrative Procedure Act, (Dkt. 1). Petitioner lists the following as Respondents in their official capacities: Markwayne Mullin, Department of Homeland Security Secretary; Joseph B. Edlow, U.S. Citizenship and Immigration Services Director; and Norma Limon, U.S. Citizenship and Immigration Services Field Office Director. (*Id.* at 1.) Accordingly, Respondents are hereby **ORDERED** to submit a response to Petitioner's Complaint, (Dkt. 1), and serve it on Petitioner no later than **April 6, 2026**. Petitioner is **ORDERED** to submit a reply to Respondents' Response on or before **April 10, 2026**.

The Clerk of Court is **DIRECTED** to serve a copy of Petitioner's Complaint, (Dkt. 1), and this Order via certified mail on the named Respondents at the below addresses.

Respondent U.S. Department of Homeland Security Secretary Markwayne Mullin, or his designee may be served at:

**U.S. Department of Homeland Security
Office of General Counsel
245 Murray Lane SW
Mail Stop 0485**

1 / 2

**Washington, D.C. 20528**

Respondent U.S. Citizenship and Immigration Services Director Joseph B. Edlow, or his designee may be served at:

**U.S. Citizenship and Immigration Services**
**5900 Capital Gateway Dr.**
**Camp Springs, MD 20588**

Respondent U.S. Citizenship and Immigration Services Official Norma Limon, or her designee may be served at:

**U.S. Citizenship and Immigration Services**
**Texas Service Center**
**6046 N Belt Line Rd., STE 110**
**Irving, TX 75038**

The Clerk of Court is **DIRECTED** to e-mail a copy of the Complaint, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

IT IS SO ORDERED.

SIGNED this March 30, 2026.

Diana Saldaña
United States District Judge

2 / 2