United States District Court
Southern District of Texas
**ENTERED**
May 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ALEJANDRO MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00520 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 7, 2026, Alejandro Martinez ("Plaintiff") filed a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Dkt. 12); *see* Fed. R. Civ. P. 41(a)(1)(A)(i). The Notice, signed by counsel for Plaintiff, notifies the Court that the case is dismissed without prejudice as to all Defendants because Defendants have not served an Answer or a Motion for Summary Judgment in this matter. (Dkt. 12 at 1); *see also* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this May 8, 2026.

Diana Saldaña
United States District Judge

1 / 2